| | |
|---|---|
| 1  MARTIN L. FINEMAN (California State Bar No. 104413)<br>   DAVIS WRIGHT TREMAINE LLP<br>2  One Embarcadero Center, Suite 600<br>   San Francisco, California 94111<br>3  Telephone:   (415) 276-6500<br>   Facsimile:   (415) 276-6599<br>4  Email:       martinfineman@dwt.com | **FILED**<br><br>JUL 2 1 2005<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

5  THOMAS G. SCAVONE (Member of N.D. Cal. Bar)
   NIRO, SCAVONE, HALLER & NIRO
6  181 West Madison Street, Suite 4600
   Chicago, Illinois 60602
7  Telephone: (312) 236-0733
   Facsimile: (312) 236-3137

8
   Attorneys for Plaintiffs
9  ABLAISE LTD. and GENERAL
   INVENTIONS INSTITUTE A, INC.
10

11              IN THE UNITED STATES DISTRICT COURT

12              THE NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

| | |
|---|---|
| ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.,<br><br>     Plaintiffs,<br><br>v.<br><br>SALESFORCE.COM (DELAWARE), INC., a Delaware corporation,<br><br>     Defendant. | Case No. 05-00471 MJJ<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

    Plaintiffs Ablaise Ltd. and General Inventions Institute A, Inc. and Defendant salesforce.com, inc. (sued herein as Salesforce.com (Delaware), Inc.), by and through their attorneys of record, hereby stipulate that this entire action be dismissed with prejudice, each side to bear its own costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Dated: July 14, 2005.                NIRO SCAVONE HALLER & NIRO
                                     DAVIS WRIGHT TREMAINE LLP

                                     By: /s/  Martin L. Fineman
                                         Martin L. Fineman (Cal. State Bar No. 104413)
                                     Attorneys for Plaintiffs
                                     Ablaise Ltd. and General Inventions Institute A, Inc.

DAVIS WRIGHT TREMAINE LLP

| | |
|---|---|
| Dated: July 14, 2005. | TOWNSEND AND TOWNSEND AND CREW |
| | By: /s/ Eric P. Jacobs |
| | Eric P. Jacobs (Cal. State Bar No. 88413) |
| | Attorneys for Defendants |
| | salesforce.com, inc. |

IT IS SO ORDERED

*[signature]*

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

7/21/2005
DATE