MARTIN L. FINEMAN (California State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California 94111
Telephone:  (415) 276-6500
Facsimile:   (415) 276-6599
Email:         martinfineman@dwt.com

THOMAS G. SCAVONE (Member of N.D. Cal. Bar)
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Facsimile:  (312) 236-3137

Attorneys for Plaintiffs
ABLAISE LTD. and GENERAL
INVENTIONS INSTITUTE A, INC.

**FILED**

JUL 2 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SALESFORCE.COM (DELAWARE), INC., a Delaware corporation, <br><br> Defendant. | Case No. 05-00471 MJJ <br><br> **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiffs Ablaise Ltd. and General Inventions Institute A, Inc. and Defendant salesforce.com, inc. (sued herein as Salesforce.com (Delaware), Inc.), by and through their attorneys of record, hereby stipulate that this entire action be dismissed with prejudice, each side to bear its own costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Dated: July 14, 2005.

NIRO SCAVONE HALLER & NIRO
DAVIS WRIGHT TREMAINE LLP

By: /s/   Martin L. Fineman
      Martin L. Fineman (Cal. State Bar No. 104413)
Attorneys for Plaintiffs
Ablaise Ltd. and General Inventions Institute A, Inc.

| | |
|---|---|
| Dated: July 14, 2005. | TOWNSEND AND TOWNSEND AND CREW |
| | By: /s/ Eric P. Jacobs |
| | Eric P. Jacobs (Cal. State Bar No. 88413) |
| | Attorneys for Defendants |
| | salesforce.com, inc. |

IT IS SO ORDERED

_[signature]_

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

7/21/2005
DATE

DAVIS WRIGHT TREMAINE LLP

STIPULATION OF DISMISSAL 05-00471-MJJ

2

SFO 271122v1 67939-1